IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CLARANCE LEVI, #1215208,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. **3:06-CV-942-L** |
| § | |
| **NATHANIEL QUARTERMAN, Director** § | |
| **Texas Department of Criminal Justice,** § | |
| **Correctional Institutions Division,** § | |
| § | |
| Respondent. § | |

## **ORDER**

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On April 11, 2007, the findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

After making an independent review of the pleadings, file, and record in this case, and the findings and conclusions fo the magistrate judge, the court determines that the findings and conclusions of the magistrate judge that Petitioner's petition is time-barred are correct. The findings and conclusions are, therefore, **accepted** as those of the court. Accordingly, Petitioner's application for the writ of habeas corpus is **denied**. This case is hereby **dismissed with prejudice** as time-barred by the one-year statute of limitations.

**Order – Page 1**

**It is so ordered** this 27th day of April, 2007.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**